**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 5:24-cr-00188

FRANCIS COMBS

### ORDER

On March 11, 2026, all counsel and the Defendant appeared for a guilty plea hearing.  Count Four charges the Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on March 11, 2026. [Doc. 69]. Objections in this case were due on March 28, 2026. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 69**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  March 31, 2026



Frank W. Volk
Chief United States District Judge